Certificate Number: 17572-TXN-DE-041166885

Bankruptcy Case Number: 26-42798



17572-TXN-DE-041166885

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 4, 2026</u>, at <u>1:42</u> o'clock <u>PM PDT</u>, <u>Nelson J Flores</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:   <u>July 4, 2026</u>                By:     <u>/s/Benjamin E Wunsch</u>

Name:  <u>Benjamin E Wunsch</u>

Title:   <u>Counselor</u>