United States Bankruptcy Court

Northern District of Texas

In re: Case No. 26-42798-mxm
Nelson Josael Flores Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: 318 Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nelson Josael Flores, 2609 Courtney Ln Apt 115, Arlington, TX 76006-5158 |
| 23407902 | | Citi Cards, 388?Greenwich?Street, New York, NY 10013 |
| 23407904 | + | Department of Justice Tax, 1700 Pacific Ave. Suite 3700, Dallas, TX 75201-4656 |
| 23407906 | + | Dr. Ben Deheshi, MD, 1545 E Southlake Blvd # 140, Southlake, TX 76092-6464 |
| 23407907 | + | EOS Fitness, 2401 Rio Grande Blvd, Euless, TX 76039-1749 |
| 23407909 | + | Jaxon Property Owner LLC, 2601 Network Blvd. Ste 400, Frisco, TX 75034-9087 |
| 23407913 | + | Nissan Motor Acceptance Company, 3451 W Loop 820 S, Fort Worth, TX 76116-6646 |
| 23407915 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23407917 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Oct 02 2026 22:47:00 | Nissan Motor Acceptance Corp., 14841 Dallas Parkway, Suite 350, Dallas, TX 75254, UNITED STATES 75254-7685 |
| 23407897 | ^ | MEBN | Oct 02 2026 22:41:26 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23407898 | + | Email/Text: ljalovec@belaw.com | Oct 02 2026 22:47:00 | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23407899 | + | EDI: JPMORGANCHASE | Oct 03 2026 02:38:00 | Chase - Consumer Credit Cards, PO Box 6294, Carol Stream, IL 60197-6294 |
| 23407900 | + | EDI: CITICORP | Oct 03 2026 02:39:00 | Citi Card Consumer Credit Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 23407901 | + | EDI: CITICORP | Oct 03 2026 02:39:00 | Citi Card/Best Buy, PO Box 790040, St Louis, MO 63179-0040 |
| 23407903 | + | EDI: CITICORP | Oct 03 2026 02:39:00 | Citicards CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 23407905 | + | EDI: MAXMSAIDV | Oct 03 2026 02:39:00 | Dept Of Ed/Aidvantage, PO Box 300001, GREENVILLE, TX 75403-3001 |
| 23407908 | + | EDI: IRS.COM | Oct 03 2026 02:39:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23407910 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 02 2026 22:48:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23407911 | + | Email/Text: dallas.bankruptcy@LGBS.com | Oct 02 2026 22:48:00 | Linebarger Groggans Blair & Sampson, LLP, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23407912 | | Email/Text: EBN@Mohela.com | Oct 02 2026 22:47:00 | Mohela/Dofed, MOHELA, Attn: Bankruptcy 633 Spirit Driv, Chesterfield, MO 63005-1243 |

| | | | | |
|---|---|---|---|---|
| 23407914 | + | Email/Text: emccain@pbfcm.com | Oct 02 2026 22:47:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23407916 | | Email/Text: pacer@cpa.state.tx.us | Oct 02 2026 22:48:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23407918 | + | Email/Text: bcd@oag.texas.gov | Oct 02 2026 22:47:00 | Texas Attorney General's Office, Bankruptcy-Collections Div., PO Box 12548, Austin, TX 78711-2548 |
| 23407919 | + | Email/Text: collections.pacer@twc.texas.gov | Oct 02 2026 22:48:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23407920 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Oct 02 2026 22:47:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Clayton Everett | on behalf of Debtor Nelson Josael Flores clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Shawn K. Brown | trustee@browntrustee.com skb@trustesolutions.net |
| Shelby Leigh Mashigian | on behalf of Creditor Nissan Motor Acceptance Corp. shelby.mashigian@bonialpc.com Notices.Bonial@ecf.courtdrive.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Nelson Josael Flores<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx–xx–4121 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Texas | | |
| Case number: | 26–42798–mxm7 | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nelson Josael Flores

10/1/26

**By the court:** Mark X. Mullin
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for most taxes;
- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- ♦ some debts which the debtors did not properly list;
- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**